**Order entered January 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00938-CV

**MACDONALD DEVIN, PC, ET AL., Appellants**

**V.**

**JON KIRK RICE, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-05714-C**

## ORDER

We **GRANT** appellants' January 19, 2015 unopposed motion for an extension of time to file a reply brief. Appellants shall file a reply brief by **FEBRUARY 2, 2015**.

/s/  ELIZABETH LANG-MIERS
     JUSTICE